**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6899**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LUIS JOSE HERNANDEZ,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:11-cr-02062-JFA-4)

_____

Submitted: November 22, 2016    Decided: November 28, 2016

_____

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Luis Jose Hernandez, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Jose Hernandez appeals the district court's order denying his motion to reconsider the district court's denial of his 18 U.S.C. § 3582(c)(2) (2012) motion. Because the district court lacked jurisdiction to consider Hernandez's motion for reconsideration, we affirm the denial of relief. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (holding that district court lacks authority to grant motion to reconsider ruling on § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED